**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JENNIE CORONA-CANTU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INGO MONEY INC.,<br><br>Defendant. | Case No.: 1:24-cv-03023<br><br>Judge Mark H. Cohen |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiff Jennie Corona-Cantu ("Plaintiff"), on behalf of herself and all others similarly situated, by and through her undersigned counsel, hereby moves this Court for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order granting final approval to the Settlement. In support of this motion, Plaintiff concurrently submits the following:

1. Memorandum of Law In Support of Plaintiff's Motion;

2. Exhibit 1: Declaration of Taylor Adessa of Angeion Group, LLC Regarding Settlement Administration; and

3. Exhibit 2: [Proposed] Order Granting Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class.

Plaintiff also relies upon the Settlement Agreement and its attachments (ECF No. 17-3) and the Declaration of Class Counsel in Support of Preliminary Approval of Class Action Settlement ("Joint Decl.") (ECF No. 17-2). Plaintiff and Class Counsel have negotiated a fair, reasonable, and adequate settlement that guarantees Settlement Class Members significant relief, as further set forth in Plaintiff's Memorandum of Law. For the reasons set forth therein, Plaintiff respectfully requests this Court grant her Motion for Final Approval of Class Action Settlement:

Respectfully submitted this 2nd day of June 2025.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843

**GIBSON CONSUMER LAW GROUP, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (929) 677-5144
tbean@sirillp.com

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE AND LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that on June 2, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

I further certify that this Motion has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson

*Settlement Class Counsel*